U.S. Department of Justice
United States Marshals Service

(2)

RECEIVED
OCT 23 2026
AT 8:30 ______ M
CLERK, U.S. DISTRICT COURT - DNJ

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Maxine Murray | COURT CASE NUMBER: 26-9870 (MAS) (RLS) |
| DEFENDANT: Michael McKeever, et al, | TYPE OF PROCESS: TRO |

SERVE AT: Michael McKeever, et al, Attorneys for Secretary of HUD
KML Law Group, P.C.
701 Market Street, Suite 5000, Philadelphia, PA 19106-1532

TY TO SEIZE OR CONDEMN

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maxine Murray
21 Clinton Place
Red Bank, NJ 07701

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| By: /s/ Maxine Murray | ☑ PLAINTIFF ☐ DEFENDANT | 717-476-4423 | 10-21-2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 350 | No 66 | [signature] | 10/29/26 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(If not shown above)* | Date | Time |
|---|---|---|
| William Jamieson Mailroom Supervisor | 11/2/26 | 11:30 ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21